# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 201

*The Court of Appeals hereby passes the following order:*

**A13D0015.  LORNE VERNAE STONE v. STATE OF GEORGIA.**

Prison inmate Lorne Stone has filed an application for discretionary review of the trial court's order denying him permission to file a mandamus action as a pauper. The Supreme Court of Georgia has exclusive appellate jurisdiction of all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this case is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/06/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


    , *Clerk.*